### 19172.   Brown *v.* Hutcheson, Judge.

Broyles, C. J.   1. An application to this court for a mandamus nisi to compel a judge to certify a bill of exceptions must be filed *within twenty days* after the refusal of the judge to certify the bill of exceptions; and if not so filed, the petition will not be considered. Civil Code (1910), §§ 6252, 6348.

2. In the instant case the record discloses that the judge, on June 5, 1928,

declined to certify the bill of exceptions, and that the application for mandamus was verified by counsel for the petitioner on July 26, 1928, and, on the same day, was filed in the office of the clerk of this court. Under the ruling stated in the preceding note, the petition for a mandamus can not be considered.

*Mandamus nisi denied.* *Bloodworth, J., concurs.*

LUKE, J. I concur doubtfully, because there seems to be a conflict between the statute (Civil Code, § 6159) and the rules of the appellate courts (§§ 6252, 6348).

DECIDED JULY 31, 1928.

*Aldine & Hewitt W. Chambers,* for the applicant.